# United States District Court Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MN2V | 9261159 | S. PARISEAU | 3163 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 09/28/2025 0900
Offense Charged: 50 CFR 32.2(f)
Place of Offense: MINNESOTA VALLEY N.W.R. WILKIE UNIT

Offense Description: Factual Basis for Charge
Failure to comply with NWR Hunting Regulation: Hunt in Closed Area

## DEFENDANT INFORMATION

Last Name: BORMES
First Name: JOSHUA
MI: C

## APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court. See instructions.

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 150 Forfeiture Amount
+ $30 Processing Fee
$ 180 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

X Defendant Signature: Joshua C Bormes
Original - CVB Copy
*9261159*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on November 28, 2025 while exercising my duties as a law enforcement officer in the United States District of Minnesota.

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation     ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09-28-2025    [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident